LAKina Sheri McDowell                    09-14965           8/4/09

## Motion to Dismiss

I LAKina Sheri McDowell am hereby dismissing my chapter 13 plan case # 09-14965 on August 4, 2009 @ 10:25am for reasons of not being able to afford the plan's payments. Also I will be trying to work out a payment plan with Indy Mac Bank currently known as One West Financial Bank & Specialized Loan Services.

I hereby certify that a copy of Motion to dismiss _____ (document being served was mailed first class, postage paid, this 4th day of August, 2009 to: All parties on attached List.

LaKina S. McDowell
August 4, 2009

FILED

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 09-14965<br>District of Maryland<br>Baltimore<br>Tue Aug  4 10:32:14 EDT 2009 | Baltimore<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201-2605 | BGE<br>P.O. Box 13070<br>Philadelphia, PA 19101-3070 |
| City Of Baltimore<br>Bureau of Collections<br>200 N. Holiday Street<br>Baltimore, MD 21202-3677 | City of Baltimore Metered Water Bill<br>Department at Finance,<br>Bureau of Treasury Management<br>200 Holiday Street<br>Baltimore Maryland 21202-3618 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| Environmental Control Board<br>Sandra E Baker. Esq.,<br>Executive Director<br>417 East Fayette Street, Suite 634<br>Baltimore, MD 21202-3431 | Fingerhut Direct Marketing Inc. CIT Bank<br>6250 Ridgewood Road<br>St. Cloud, MN 56303-0820 | Indy Mac Federal Bank<br>Home Loan Servicing<br>P.O. Box 4045<br>Kalamazoo, MI 49003-4045 |
| National Asset Recovery Services, INC.<br>PO Box 701<br>Chesterfield MO 63006-0701 | OneWest Bank, FSB<br>6900 Beatrice Drive<br>3rd Floor<br>Kalamazoo, MI 49009-9559 | RJM Acquisitions LLC<br>575 Underhill Blvd., Suite 224<br>Syosset, NY 11791-3416 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Salomon and Solomon P.C (VERIZON)<br>Columbia Circle<br>P.O. Box 15019<br>Albany, NY 12212-5019 | Specialized Loan Servicing<br>8742 Lucent Blvd. Suite 300<br>Highlands Ranch , CO 80129-2386 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 202<br>Baltimore, MD 21201-2201 | Supervisor of Delin. Accts.<br>Rm. 1 Municipal Building<br>Holliday & Lexington Streets<br>Baltimore, MD 21202 | eCAST Settlement Corporation successor to HI<br>Receivables LLC assignee of<br>POB 35480<br>Newark NJ 07193-5480 |
| Ellen W. Cosby<br>P. O. Box 20016<br>Baltimore, MD 21284-0016 | Lakina Sheri McDowell<br>3413 Carlise Avenue<br>Baltimore, MD 21216-1811 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |